UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NUMBER: 18-70843-BHL-7 |
| **Steven M Black** ) | CHAPTER: 7 |
| **aka Steven Michael Black** ) | |
| **aka Steve Black** ) | |
| **fdba SM Black, Inc.** ) | |
| **fdba SM Black Enterprises, Inc.** ) | |
| ) | |
| **Jennifer Joyce Black** ) | |
| **fka Jennifer Joyce Mosby** ) | |
| Debtors. ) | |

**MOTION FOR RELIEF FROM STAY
AND FOR ABANDONMENT OF REAL ESTATE**

Nationstar Mortgage LLC d/b/a Mr. Cooper, Creditor, for its Motion for Relief from Stay and for Abandonment of Real Estate, against Steven M Black aka Steve Michael Black aka Steve Black fdba SM Black, Inc. fdba SM Black Enterprises, Inc. and Jennifer Joyce Black fka Jennifer Joyce Mosby (hereinafter collectively referred to as the "Debtors"), alleges and says:

1.    On July 31, 2018, the Debtors filed a Petition under Chapter 7 of the Bankruptcy Code in this Court under the above denominated case number.

2.    Nationstar Mortgage LLC d/b/a Mr. Cooper is a secured creditor of Debtors.

3.    On May 21, 2013, Steven Black borrowed from Citibank, N.A. the sum of $77,330.00 and to evidence such indebtedness made, executed and delivered to Citibank, N.A. a Note (hereinafter referred to as the "Note") under the terms of which Debtor(s) promised to repay that sum with interest thereon at the rate of 4.125% per annum by monthly payments on the first day of each month and continuing each month thereafter until June 1, 2038, at which time the entire balance is due and owing, with attorneys' fees and without relief from valuation and appraisement

laws. A copy of said Note is attached hereto, with loan number redacted, if applicable, incorporated herein, and marked Exhibit "A".

4. On May 21, 2013, Steve Black aka Steven Black executed a Mortgage to Citibank, N.A. on real estate and improvements located thereon. Said real estate is situated in Vanderburgh County, Indiana (hereinafter referred to as the "Real Estate") which Real Estate is more particularly described as follows:

> The land referred to herein below in situated in the County of Vanderburgh, State of Indiana in Deed Document Number 2008-6999 and is described as follows: Lot Thirty-one (31) in Block Two (2) in Country Club Meadows No. 1, an addition to the City of Evansville, as per plat thereof, recorded in Plat Book J, page 59 in the Office of the Recorder of Vanderburgh County, Indiana.

and commonly known as: 4319 Meadowridge Rd, Evansville, IN 47710. A copy of said Mortgage being attached hereto with loan number redacted, if applicable, incorporated herein, and marked Exhibit "B".

5. The Mortgage was duly recorded on June 13, 2013 as Instrument No. 2013R00015966, in the Office of the Recorder of Vanderburgh County, Indiana.

6. Mortgage Electronic Registration Systems, Inc., as nominee for Citibank, N.A., its successors and assigns assigned its interest in the Mortgage to Nationstar Mortgage LLC d/b/a Mr. Cooper by an Assignment of Mortgage dated May 14, 2018 and recorded on May 24, 2018 as Instrument Number 2018R00011229 in the Office of the Recorder of Vanderburgh County, Indiana. A copy of said assignment is attached hereto, with loan numbers redacted, if applicable, incorporated herein, and marked as Exhibit "C".

7. Installments have not been paid according to the terms of the Note and Mortgage and, therefore, the Note and Mortgage are in default.

8. There is due and owing to Nationstar Mortgage LLC d/b/a Mr. Cooper the sum of

$70,483.41 in unpaid principal and interest as of August 3, 2018, and interest currently accruing thereafter, together with attorneys' fees and any other costs or expenses incurred by Nationstar Mortgage LLC d/b/a Mr. Cooper to secure the lien of its Mortgage and as otherwise provided therein.

9. The latest monthly installment was applied to the December 1, 2017 installment, and the Note and Mortgage are in default.

10. There is little or no equity in the Real Estate for the benefit of unsecured creditors.

11. It is the Debtors' intention to surrender the property.

12. Nationstar Mortgage LLC d/b/a Mr. Cooper is being irreparably harmed by the stay preventing it from proceeding to foreclose on its Mortgage because the sums due and owing Nationstar Mortgage LLC d/b/a Mr. Cooper are increasing rapidly through the continued accrual of interest and the incurring of other costs and expenses by Nationstar Mortgage LLC d/b/a Mr. Cooper to protect its interest in the real estate which is diminishing the secured position of Nationstar Mortgage LLC d/b/a Mr. Cooper and accordingly, this Court should enter an Order authorizing Nationstar Mortgage LLC d/b/a Mr. Cooper to institute such proceedings as may be necessary to realize upon its Mortgage, which would not hinder, burden, delay, or be inconsistent with this proceeding.

13. Nationstar Mortgage services the loan on the property referenced in this Motion for Relief. In the event the automatic stay in this case is modified, this case dismisses, and/or the debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Nationstar Mortgage LLC d/b/a Mr. Cooper, "Noteholder". Noteholder directly or through an agent, has possession of the promissory note. The promissory note is either made payable to Noteholder or has been duly endorsed. Noteholder

is the original mortgagee, or beneficiary, or the assignee of the security instrument for the referenced loan.

WHEREFORE, Nationstar Mortgage LLC d/b/a Mr. Cooper prays that the stay, pursuant to Section 362 of the Bankruptcy Code, be modified and the automatic bankruptcy stay terminated to permit Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors and/or assignees, to pursue any and all legal and equitable remedies available to foreclose on its Mortgage lien and security interest existing prior or pursuant to this Order, including, the right to initiate a foreclosure proceeding; the right to proceed with any foreclosure proceeding instituted but otherwise stayed as a result of the filing of Debtors bankruptcy petition; the right to obtain a foreclosure judgment pursuant to any such proceedings; and the right to praecipe for, and bid at a Sheriff's Sale of the Real Estate or other collateral encumbered by any lien or security interest of Nationstar Mortgage LLC d/b/a Mr. Cooper.

Nationstar Mortgage LLC d/b/a Mr. Cooper further prays that the property be abandoned from the bankruptcy estate.

        DOYLE & FOUTTY, P.C.
By  /s/ Jessica S Owens
       Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper
       Doyle & Foutty, P.C.
       41 E Washington Street, Suite 400
       Indianapolis, IN 46204
       Phone: (317) 264-5000
       Fax: (317) 264-5400
       Email: bankruptcy@doylelegal.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served upon the following electronically or by first class, United States mail, postage prepaid or electronic mail, on August 20, 2018, the same as the date of filing in the United States Bankruptcy Court:

Steven M Black aka Steven Michael Black aka Steve Black fdba SM Black, Inc. fdba SM Black Enterprises, Inc., 843 Groveview Ct, Evansville, IN 47711
Kevin S. Kinkade, 123 NW 4th Street, Suite 201, Evansville, IN 47708, kinkadeassociates@hotmail.com
Jennifer Joyce Black fka Jennifer Joyce Mosby, 843 Groveview Court, Evansville, IN 47711
R. Stephen LaPlante, 101 N.W. First Street, Suite 116, P.O. Box 3556, Evansville, IN 47734, rallen@keatingandlaplante.com
U.S. Trustee, 101 W. Ohio Street, Ste. 1000, Indianapolis, IN 46204

By /s/ Jessica S Owens
Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper
Doyle & Foutty, P.C.
41 E Washington Street, Suite 400
Indianapolis, IN 46204
Phone: (317) 264-5000
Fax: (317) 264-5400
Email: bankruptcy@doylelegal.com

S. Brent Potter (10900-49)
Tina M. Caylor (30994-49)
David M. Johnson (30354-45)
Alan W. McEwan (24051-49)
Matthew L. Foutty (20886-49)
Maura E. Binder (34314-22)
Craig D. Doyle (4783-49)
Jessica S. Owens (26533-49)
DOYLE & FOUTTY, P.C.
41 E Washington St., Suite 400
Indianapolis, IN 46204
Phone: 317-264-5000
Fax: 317-264-5400