UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| IN RE ) | |
| ) | |
| STEVEN M BLACK, ) | CASE NO. 18-70843-BHL-7 |
| JENNIFER JOYCE BLACK, ) | |
|     Debtors. ) | |

MOTION TO SET HEARING

Comes now R. Stephen LaPlante, Trustee, and for his Motion to Set Hearing states as follows:

1. On September 5, 2018, the undersigned filed his Objection to Motion for Relief from Stay and for Abandonment of Property ("Objection") in regard to the Motion for Relief from Stay and for Abandonment of Property filed by Nationstar Mortgage, LLC d/b/a Mr. Cooper ("Creditor") on August 20, 2018, as Doc. 12.  Thereafter the Clerk of this Court set the Objection for hearing on September 19, 2018, at 1:30 p.m.

2. Thereafter Creditor's counsel prepared a proposed agreed entry to resolve the Trustee's Objection.  The hearing scheduled for September 19 was vacated per the request of Creditor's counsel.  The Minute Entry/Order dated September 18, 2018, states that an agreed entry would be filed within 28 days.

3. On September 26, 2018, counsel for the Creditor tendered a proposed agreed entry to the undersigned, who found the entry to be unacceptable in its current form.

4. Trustee has been unable to communicate with Creditor's counsel.

5. The Trustee desires his Objection once again be set for hearing.  Trustee will continue to attempt to speak with Creditor's counsel.

WHEREFORE, the Trustee prays hearing be scheduled on his Objection; and for such further relief as is just and proper in the premises.

    /s/ R. Stephen LaPlante, Trustee
R. Stephen LaPlante, Trustee
101 N.W. First Street, Suite 116
P.O. Box 3556
Evansville, IN 47734-3556
Telephone:  (812) 463-6093
Facsimile:  (812) 463-6094
E-mail:	slaplante@keatingandlaplante.com
	rallen@keatingandlaplante.com

### CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2018, a copy of the Motion to Set Hearing was filed electronically.  Notice of this filing was sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

kinkadeassociates@hotmail.com
kinkadeandassociates@hotmail.com
bankruptcy@doylelegal.com
lscott@fsolegal.com
eshelton@fsolegal.com
dlrobinson@fsolegal.com
ustpregion10.in.ecf@usdoj.gov

I further certify that on October 17, 2018, a copy of the foregoing Motion to Set Hearing was mailed by first class United States Mail, postage prepaid, and properly addressed to the following:

None

    /s/ R. Stephen LaPlante, Trustee
R. Stephen LaPlante, Trustee
101 N.W. First Street, Suite 116
P.O. Box 3556
Evansville, IN 47734-3556
Telephone:  (812) 463-6093
Facsimile:  (812) 463-6094
E-mail:	slaplante@keatingandlaplante.com
	rallen@keatingandlaplante.com