UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NUMBER: 18-70843-BHL-7 |
| Steven M Black aka Steven Michael Black ) | CHAPTER: 7 |
| aka Steve Black fdba SM Black, Inc. fdba SM ) | |
| Black Enterprises, Inc. ) | |
| ) | |
| Jennifer Joyce Black fka Jennifer Joyce ) | |
| Mosby ) | |
| Debtors. ) | |

## AGREED ENTRY ON MOTION FOR RELIEF FROM STAY

COMES NOW Steven M Black aka Steven Michael Black aka Steve Black fdba SM Black, Inc. fdba SM Black Enterprises, Inc., and Jennifer Joyce Black fka Jennifer Joyce Mosby, and Nationstar Mortgage LLC d/b/a Mr., Creditor, in the above-captioned Chapter 7 case and stipulate to the following:

1.      The Debtors became delinquent on their post-petition mortgage payments to Nationstar Mortgage LLC d/b/a Mr. Cooper and Nationstar Mortgage LLC d/b/a Mr. Cooper filed a Motion for Relief from Stay and for Abandonment of Real Estate on the real estate located at 4319 Meadowridge Rd, Evansville, IN 47710.

2.      As of August 3, 2018, There is due and owing to Nationstar Mortgage LLC d/b/a Mr. Cooper the sum of $70,483.41 in unpaid principal and interest. The account is due for the January 1, 2018 to the present.

3.      The Trustee does not have the property listed at this time. The trustee believes that the sale of the property and payment of the secured claim of and Nationstar Mortgage LLC d/b/a Mr. Cooper will produce equity available for payment of other creditors of the estate, and Nationstar Mortgage LLC d/b/a Mr. Cooper and the Trustee now agree as follows:

A. The Automatic Stay of 11 U.S.C §362 shall be vacated and the property abandoned from the estate effective January 14, 2019. This relief can be modified by either party, by order of Court or agreement.

B. The Trustee will list the property for sale and make reasonable efforts to sell same.

EXAMINED AND APPROVED BY:

R. Stephen LaPlante, Trustee

EXAMINED AND APPROVED BY:

DOYLE & FOUTTY, P.C.

/s/Jessica S. Owens

Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper

EXAMINED AND APPROVED BY:

/s/ Kevin S. Kinkade

Attorney for Steven M Black aka Steven Michael Black aka Steve Black fdba SM Black, Inc. fdba SM Black Enterprises, Inc. and and Jennifer Joyce Black fka Jennifer Joyce Mosby

###