# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

## Minute Entry/Order

### *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | STEVEN M & JENNIFER JOYCE BLACK |
| **Case Number:** | 18-70843-BHL-7A   **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, NOVEMBER 14, 2018 01:30 PM   EV 359 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

### *Matter:*

Reset Hearing on Motion to Abandon and Relief from Stay filed by Nationstar Mortgage LLC with Objection filed by Trustee. [12], [17]

**R / M #:**   0 / 0

   **VACATED:**   Agreed Entry filed and approved

### *Appearances:*

NONE

### *Proceedings:*

VACATED: Agreed Entry filed and approved

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**